UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| T. MATTHEW PHILLIPS; ALI SHAHROKHI,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUZY TRUBY, Director of Clark County District Attorney Family Support Division; JULIE BUTLER, Director of Nevada Department of Motor Vehicles; AARON FORD, Nevada Attorney General; and DOES I-X,<br><br>　　　　Defendants. | Case No. 2:21-cv-00358-KJD-EJY<br><br>**ORDER** |

　　　Pending before the Court is Plaintiff Ali Shahrokhi's Motion for Twenty One (21) Day Extension of Time to File Replies to Defendant's [sic] Motions to Dismiss. ECF No. 12. It appears from the Motion that Plaintiff did not contact opposing counsel before filing this request.

　　　Accordingly, IT IS HEREBY ORDERED that respective counsel for Defendants shall file notices with the Court within three (3) Court days of the date of this Order advising the Court whether there is an objection to Plaintiff's Motion.

　　　Dated this 20th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1